Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____Orlando___ Division

2019 MAY 21 PM 12:41

| | | |
|---|---|---|
| Nadia Mubarak | ) | Case No. 6:19-cv-896-ORL-37GJK |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) | Jury Trial: *(check one)* ✓ Yes ☐ No |
| -v- | ) | |
| Barnes & Noble College Booksellers, LLC | ) ) ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nadia Mubarak |
| Street Address | 101 Water Oak Drive Sanford Fl 32773 |
| City and County | Sanford |
| State and Zip Code | FL 32773 |
| Telephone Number | 407-529-7337 |
| E-mail Address | nadiamubarak@bellsouth.net |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Barnes & Noble College Booksellers, LLC |
| Job or Title *(if known)* | |
| Street Address | 120 Mountain View Blvd. |
| City and County | Basking Ridge |
| State and Zip Code | NJ 07920 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Randy Cefalu |
| Job or Title *(if known)* | Assistant Manager |
| Street Address | 9907 Universal Blvd Orlando |
| City and County | Orlando |
| State and Zip Code | Florida 32819 |
| Telephone Number | 407-903-8500 |
| E-mail Address *(if known)* | sm042@bncollege.com |

Defendant No. 3

| | |
|---|---|
| Name | Steven Way |
| Job or Title *(if known)* | General Manager |
| Street Address | 101 Aquarius Agora Drive |
| City and County | Orlando, Orange |
| State and Zip Code | FL 32816 |
| Telephone Number | 407-823-3924 |
| E-mail Address *(if known)* | Steven.Way@ucf.edu |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964, Age Discrimination in Employment Act of 1967, wrongful termination, discrimination unlawful and unfair treatment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* N/A , is a citizen of the State of *(name)* ___ .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* ___ , is incorporated under the laws of the State of *(name)* ___ ,
    and has its principal place of business in the State of *(name)* ___ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* ___ , is a citizen of the State of *(name)* ___ . Or is a citizen of *(foreign nation)* ___ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* N/A _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

To be terminated because of changes of my class schedule which only changed for two weeks, when other students were allowed to have those changes, the unfair treatment that I received and I was not treated equally as the other students because of my age, discriminated, deprived and not offered, given the same treatment, fairness as the other employees. The stressful situation that I faced afterwards of not having a job, and the results were devastating.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Randy Cefalu discriminated and treated with unfairness, since he came on board on August of 2017. He acted against me lying to the General Store Manager, treated me different than the other students working. I was deprived of the same opportunities, and privileges that other students had. My schedule change for only two weeks, and he made the decision to take me of the schedule, and terminate me. The General Store Manager was not aware, neither knew of the decision that Randy Cefalu made. I was still working on February 26 of 2017 and he sent the text on March, 8 2018. The General Store Manager Steven Way offered a job as a janitorial in his store after that. I was still on payroll, and they both alleged that my last day was on February 26 2018.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The harm that I suffered, stressful situation, devastated to alleged that I was terminated when I was still working and communicating with the General Store Manager. Economic harm caused after that, lost wages and medical expenses, and misconduct that Randy Cefalu caused pain and suffering, emotional anguish, emotional distress, loss of reputation. I had built a strong foundation with Faculty, Staff, and administration, professors are and were the priority as well students at Rosen Campus. There is and there are difficult to quantify in dollars and cents. The General Store Manager, Steven Way knew since the beginning the problems and issues that I was experiencing and I asked for a manager to come to the store to be able to help and see what was happening. I was not heard

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/21/2019

Signature of Plaintiff: *Nadia Mubarak*

Printed Name of Plaintiff: Nadia Mubarak

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address